## Wm. Richardson *v.* Commonwealth.

**Gaming—Instruction.**

> An instruction, that in order to convict, the jury must believe that accused acted, not only as "lookout," but that as such he assisted in the game, was held not to be erroneous.

APPEAL FROM LOUISVILLE CHANCERY COURT.

June 5, 1874.

Opinion by Judge Lindsay:

The instructions given for the commonwealth are free from any valid objections. Appellant does not make serious complaint to any of them except the one numbered 3.

The court did not, by said instruction, determine that a party who acted as "lookout" for a faro bank, was necessarily guilty of the offense of setting up, exhibiting, and keeping a faro bank. The jury were bound, however, under the evidence in this case, to conclude that such was the fact. Still, they were left to determine that

question for themselves, being told by the court, that in order to convict, they must believe that appellant not only acted as "lookout," but that, as such, he assisted in conducting the game dealt by Tamppert. We see no error in the record prejudicial to appellant.

Judgment affirmed.

*Hanney, for appellant.*

*Read, for appellee.*